United States District Court
Southern District of Texas

**ENTERED**

June 25, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PEDRO MARTIN MOLERO ARANGURE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-406 |
| | § | |
| WARDEN, PORT ISABEL SERVICE | § | |
| PROCESSING CENTER, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court has reviewed the decision by the Supreme Court of the United States in *Mullin v. Doe*, 609 U.S. ___ (2026). The Court is inclined to conclude that the reasoning in *Mullin* applies to Petitioner Pedro Martin Molero Arangure's non-constitutional claims and precludes such claims, and also impacts the Court's consideration of any constitutional claims. To facilitate the Court's consideration of the pending motions and issues in this case, it is:

**ORDERED** that by no later than July 15, 2026, Petitioner Pedro Martin Molero Arangure shall file a Supplemental Brief in support of his claims and in response to Respondents' pending motions, addressing the impact of *Mullin v. Doe*, 609 U.S. ___ (2026) on this lawsuit; and

**ORDERED** that by no later than July 29, 2026, Respondents shall file a response to the Supplemental Brief.

Signed on June 25, 2026.

*Fernando Rodriguez, Jr.*

Fernando Rodriguez, Jr.
United States District Judge

1 / 1